1671 . . . the Jurie . . . found for the plantiff seauenty pound Damage or the present possession of two thirds of fiue acres of land sued for & after the Decease of widdow Huett the plᵗ mother the possession of the whole fiue acres with Costs of Court thirty nine shillings & six pence. The Court accepted this verdict but vnderstanding by the Townesmen of Hingham yᵗ she vizᵗ yᵉ abouesᵈ widdow is an Antient & necessituose woman the Court hath ordered that shee shall if Necessity requires haue the disposall of the third part of the said Estate to sell for her supply & vnto this Order the said Cutler in Court gaue his consent.

### GIBBS v. JOY

Robert Gibbs plantiff against Thomas Joy Defendᵗ according to Attachmᵗ Dated the thirtieth of December 1671. yᵉ plᵗ withdrew his Acion.

### WOODMANCY v. JOY

John Woodmancy plᵗ against Thomas Joy Defendᵗ according to Attachmᵗ Dated the 28ᵗʰ of the 10ᵗʰ mᵒ 1671, after the Attachmᵗ was Read yᵉ plᵗ not prouing yᵗ legall sumons had bin giuen to the Defendᵗ he yᵉ said plantiff was declared nonsuited.

### THAIR v. ROSE

Richard Thaire plᵗ against Rodger Rose Defendᵗ according to Attachmᵗ Dated the 8ᵗʰ of yᵉ 11 mᵒ 1671 the plᵗ not appearing was declared nonsuited.

### LILLY v. STANES

Edward Lilly plᵗ against Richard Stanes Defendᵗ according to Attachmᵗ Dated the 17ᵗʰ of 11 mᵒ 1671 the plᵗ withdrew his action.

### MOSELY v. DEACONS

Samuell Mosely plᵗ: against John Pease & Arthur Mason Executoʳˢ to the Last will & testament of Joseph Deacons Defendᵗ according to Attachmᵗ Dated the    of    mᵒ 1671 the plᵗ not appearing was nonsuited.

### BRACKETT & BRATTLE v. Capᵗ CLARKE

Peter Brackett & Thomas Brattle guardians to John Hands Excecutor to his Father Marke Hands late of Boston Deceased plantiffs against Capᵗ Thomas Clarke Defendᵗ in an Action of the case for